**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DANIELLE LIPS,** on behalf of herself and all others similarly situated,<br>*Plaintiff*,<br><br>v.<br><br>**ACCU REFERENCE MEDICAL LAB, LLC**,<br>*Defendant*. | No. 2:25-cv-13642-SDW-CF<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Danielle Lips, by and through her counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses her claims against Defendant ACCU Reference Medical Lab, LLC in this action without prejudice, with each party to bear their own fees and costs.

Dated: September 11, 2026

Respectfully submitted,

**MILLER SHAH LLP**

*/s/ James C. Shah*
James C. Shah
Alec J. Berin
2 Hudson Place, Suite 100
Hoboken, NJ 07030
Tel: 866-540-5505
Email: jcshah@millershah.com
ajberin@millershah.com

Amber L. Schubert*
Of Counsel
**AWKO LAW LLP**
18 E. Main Street, Suite 200
Pensacola, FL 32502
Tel: 850.202.1010
Email: aschubert@awkolawllp.com

*Counsel for Plaintiff and the Proposed Class*

**pro hac vice*

**SO ORDERED.**

Hon. Susan D. Wigenton
United States District Judge
Dated: September 14, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Natalie Finkelman Bennett*